UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON LEVINE,

    Plaintiff,

v.                                   CASE NO: 8:09-cv-854-T-33AEP

WYETH INC., et al.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to Defendants Actavis Inc. and Actavis-Elizabeth, LLC's Amended Motion to Stay (Doc. # 110). Plaintiff filed a Response in Opposition thereto (Doc. # 111), and Defendants filed a Reply (Doc. # 112).

Defendants request that this Court stay all proceedings in this case until the United States Supreme Court has ruled on the generic preemption issues raised in Demahy v. Actavis, Inc., 593 F.3d 428 (5th Cir. 2010), certiorari granted No. 09-1501, and Mensing v. Wyeth, Inc., 588 F.3d 603 (8th Cir. 2009), certiorari granted Nos. 09-993 and 09-1039. Argument on these cases will be held before the Supreme Court in March 2011, with a decision expected by July 2011.

A court's power to stay proceedings is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for

itself, for counsel, and for litigants." <u>Landis v. North Am. Co.</u>, 299 U.S. 248, 254 (1936). Trial courts are afforded "broad discretion" in determining whether to stay a proceeding. <u>I.A. Durbin, Inc. v. Jefferson Nat'l Bank</u>, 793 F.2d 1541, 1551-52 (11th Cir. 1986).

Having considered the motion and being otherwise fully advised, the Court finds that Defendants have not demonstrated the manifest injustice necessary to warrant a stay or a continuance of this case.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendants' Amended Motion to Stay (Doc. # 110) is **DENIED**. The pre-trial conference previously set for December 14, 2010 is rescheduled to January 21, 2011 at 9:45 a.m. This case will be heard on the Court's February trial calendar.

(2) The parties are reminded to comply with this Court's Order regarding mediation (Doc. # 102).

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 5th day of January, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2